[No. 31694-0-I.    Division One.    March 21, 1994.]

THORNTON THOMAS, ET AL, *as Trustees, Appellants*, v.
JOHN K. BROBACK, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 90-2-13144-1, Sally Pasette and Dale B. Ramerman, JJ., entered June 26 and August 1, 1991, and October
14, 1992. *Affirmed in part, reversed in part*, and *remanded* by

unpublished opinion per Grosse, J., concurred in by Baker and Kennedy, JJ.